UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                                                      Civil Action 3:20-cr-49
                                                      Judge Michael J. Newman
      v.                                          Magistrate Judge Chelsey M. Vascura

MELODY HUDSON,

      Defendant.

### DETENTION ORDER PENDING SUPERVISED RELEASE REVOCATION HEARING

      After conducting a hearing under the Bail Reform Act, 18 U.S.C. § 3143 and Rule 32.1(a)(6) of the Federal Rule of Criminal Procedure, the Court concludes that these facts require that Ms. Hudson be detained pending the final Supervised Release Revocation Hearing.

      Ms. Hudson's supervision commenced on April 12, 2022. As the petition makes clear, Ms. Hudson's noncompliance with the terms of her supervision began shortly after supervision commenced. Ms. Hudson failed to participate in the substance abuse treatment as directed by her probation officer and was consequently unsuccessfully discharged by Nova Behavioral Health. She was terminated from her employment, but neglected to inform her probation officer as required. Ms. Hudson has also repeatedly tested positive for elicit substances, and in the past two months, has failed to report to her probation officer as directed for five scheduled office visits. Ms. Hudson even falsified her address to avoid contact with her probation officer.

      Based upon foregoing, the Court concludes that Ms. Hudson has not overcome her burden of establishing, by clear and convincing evidence, that she will not flee or pose a danger to any other person or to the community. *See* Fed. R. Civ. P. 32.1(a)(6).  **IT IS THEREFORE**

**ORDERED** that Ms. Hudson be detained pending her supervised release revocation hearing.

**IT IS SO ORDERED.**

    /s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE